UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**NICHOLAS CHRISTAKIS**

**V.**                                                                       **CIVIL ACTION NO. 06-11149-RCL**

**MARK BURNETT PRODUCTIONS, INC., ET AL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of July 6, 2007 allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: Judgment for the defendants, Mark Burnett Productions, Inc., Mark Burnett, Trump Productions LLC, and Donald Trump dismissing this action.

July 11, 2007                                                             /s/ Lisa M. Hourihan
                                                                                      Deputy Clerk